AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BROWN, TRISH M. | U.S. BANKRUPTCY COURT, OREGON | 03/10/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1001 SW FIFTH AVE., SUITE 700
PORTLAND, OR 97204

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Oregon Division, U.S. Fencing Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 03/10/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | FIDELITY NATIONAL MANAGEMENT - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Debtor-Creditor Section, Oregon State Bar | 09/16/11 to 9/17/11 | Bend, OR | Debtor-Creditor Annual Meeting | Transportation, lodging, and meals |
| 2. | National Conference of Bankrupty Judges | 8/28/11 to 8/29/11 | Indianapolis, IN | Site Visit for Site Selection Committee | Flight |
| 3. | National Conference of Bankrupcy Judges | 10/12/11 to 10/15/11 | Tampa, FL | Annual Meeting and Board of Governors Meeting | Lodging (3 nights) |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BROWN, TRISH M.** | 03/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 03/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MORGAN STANLEY SMITH BARNEY ROLLOVER IRA (name change only) | D | Div. & Int. | N | T | | | | | |
| 2. - Cons Staples Sel Sect SPDR FD | | | | | | | | | |
| 3. - Health Care Sel Sect SPDR FD | | | | | | | | | |
| 4. - Industrial Sel Sec SPDR Fd | | | | | | | | | |
| 5. - Ishares S&P Glbl Engy Sctr Index | | | | | | | | | |
| 6. - Vanguard Extended Mkt ETF | | | | | | | | | |
| 7. - Powershares S&P High Quality fka Powershares Val Line ... | | | | | | | | | |
| 8. - AllianceBernstein Inc FD | | | | | | | | | |
| 9. - MFS Charter Income TR SB1 | | | | | | | | | |
| 10. - Ishares MSCI PAC Ex-Japan IDX | | | | | | | | | |
| 11. - Vanguard Growth ETF | | | | | | | | | |
| 12. - Vanguard Value ETF Index | | | | | | | | | |
| 13. - Powershares QQQ TR | | | | | | | | | |
| 14. - IShares SP Smallcap 600 Index | | | | | | | | | |
| 15. - SPDR S&P Midcap 400 ETF Trust fka Standard & Poors ... | | | | | | | | | See Part VIII. |
| 16. - Ishares Barclays Agency Bnd Fd | | | | | | | | | |
| 17. - Powershares Wldhill Clean Energy | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Ishares IBOXX Invest Gr Cor. Fd | | | | | | | | | |
| 19. - Ishares MSCI Emerging Mkts Fd | | | | | | | | | |
| 20. - Ishares DJ US Rl Est Index | | | | | | | | | |
| 21. - Ishares S&P Pref Stk Indx | | | | | Buy (add'l) | 03/15/12 | J | | |
| 22. - Ishares Barclays MBS Bond Fund | | | | | | | | | |
| 23. - Vanguard MSCI EAFE ETF fka Vanguard Europe Pacific | | | | | | | | | |
| 24. - Vanguard Dividend Appreciation | | | | | Buy (add'l) | 03/15/12 | J | | |
| 25. - SPDR S & P Inter DVD ETF | | | | | | | | | |
| 26. - ISHARES BARCLAYS 1-3 YEAR CRED | | | | | Sold (part) | 05/18/12 | J | A | |
| 27. - Pimco Total Return ETF | | | | | Buy | 05/18/12 | J | | |
| 28. - Ishares DJ US Home Construct | | | | | Buy | 10/10/12 | J | | |
| 29. INTEL COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. DISNEY COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. MEDTRONICS COMMON STOCK | A | Dividend | K | T | | | | | |
| 32. NIKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 33. PEPSI COMMON STOCK | A | Dividend | J | T | | | | | |
| 34. Chevron Texaco Corporation/Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 03/10/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds: EUROPACIFIC GROWTH FUND - MUTUAL FUND | B | Dividend | M | T | | | | | |
| 36. AQUILLA TAX FREE TRUST - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 37. OREGONIAN FEDERAL CREDIT UNION - PORTLAND, OR | A | Interest | J | T | | | | | |
| 38. St. Helens Comm. Fed. Credit Union Accounts-St. Helens, OR | A | Interest | J | T | | | | | |
| 39. WELLS FARGO BANK ACCOUNTS - PORTLAND, OR | A | Interest | K | T | | | | | |
| 40. BANK OF AMERICA - PORTLAND, OR | A | Interest | J | T | | | | | |
| 41. PAINEWEBBER RMA - PORTLAND, OR | A | Interest | K | T | | | | | |
| 42. Oregon College Savings Plan TIAFF Cref Age Base Portfolio | A | Dividend | J | T | Sold (part) | 07/31/12 | J | | |
| 43. | | | | | Sold (part) | 12/31/12 | J | | |
| 44. SEI INVESTMENTS - ROLLOVER IRA | D | Dividend | N | T | | | | | |
| 45. - SEI Prime Obligation Fund | | | | | | | | | |
| 46. - SEI Large Cap Value Fund | | | | | | | | | |
| 47. - SEI Large Cap Growth Fund | | | | | | | | | |
| 48. - SEI Small Cap Growth Fund | | | | | | | | | |
| 49. - SEI Small Cap Value Fund | | | | | | | | | |
| 50. - SEI International Equity Fund | | | | | | | | | |
| 51. - SEI Emerging Markets Equity Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 03/10/2014 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northwest Mutual Financial Network (whole life insurance) | B | Dividend | K | T | | | | | See Part VIII. |
| 53. FIDELITY NATIONAL FINANCIAL GROUP 401(k) PROFIT SHARING PLAN | B | Int./Div. | K | T | | | | | See Part VIII. |
| 54. - Oakmark Equity & Income | | | | | Sold | 4/25/12 | L | | See Part VIII. |
| 55. - Vanguard Wellington Admir | | | | | Buy | 4/25/12 | L | | See Part VIII. |
| 56. - FNF 401K Stock Fund | | | | | Buy | 4/26/12 | J | | See Part VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 03/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 15, page 4. Standard & Poors Midcap 400 and SPDR S & P Midcap 400ETF Trust fka Standard & Poors...were inadvertently reported in 2011 as two different holdings. Standard & Poors Micap 400 is the former name of fhe holding. The audit feature indicated I should complete Column D(1) for each transaction. There were no additional transactions involveing this fund.

2. Part VII, line 52, page 7. No preium payment exceeded $1,000.00.

3. Part VII, line 53, page 7. Acquisitions of investments within Fidelity National Financial Group 401(k) Profit Sharing Plan did not exceed $1,000 on a per transaction basis.

4. Part VII, lines 54 and 55, page 7. Oakmark Equity & Income was dropped as an option in the Fidelity National Financial Group 401(k) Profit Sharing Plan and was replaced by Vanguard Wellington Admir. The sale of Oakmark Equity & Income resulted in a loss. At the same time, previous cash contributions by Fidelity National Financial Group as employer matches were changed to company stock. No investments exceed $1,000 on a per transaction basis.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ TRISH M. BROWN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544